65 A.3d 901

**Edward HOBSON, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 24, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013, the Order of the Commonwealth Court is **AFFIRMED.**